IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02485-RPM

ARNOLD KRAUSE,

    Plaintiff,

v.

WAL-MART STORES, INC.,

    Defendant.

_____

ORDER FOR DISMISSAL
_____

    Pursuant to the Motion for Dismissal with Prejudice [12] filed today, it is

    ORDERED that this action is dismissed with prejudice, each party to pay their own attorneys fees and costs.

    Dated:   March 8th, 2013

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____

                                    Richard P. Matsch, Senior District Judge